UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. _____

FRANCISCO GARZA,                )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
THE GEO GROUP, INC.,            )
                                )
    Defendant.                  )
_____/

## NOTICE OF REMOVAL

Defendant, THE GEO GROUP, INC. ("Defendant" or "GEO"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 14th Judicial Circuit in and for Bay County, Florida, where the action is now pending, to the United States District Court for the Northern District of Florida. The removal of this action is based upon the following:

1. On or about March 8, 2021, Plaintiff, FRANCISCO GARZA ("Plaintiff"), filed a civil action against the Defendant in the Circuit Court of the 14th Judicial Circuit in and for Bay County, Florida, entitled *Francisco Garza v. The*

*GEO Group, Inc.*, Case No. 21-CA-000309 (hereinafter referred to as the "State Court Action").

2. Plaintiff's Complaint alleges national origin discrimination under Chapter 760, Florida Statutes, 42 U.S.C. § 2000e et seq., and 42 U.S.C. § 1981.

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted federal claims under 42 U.S.C. § 2000e et seq. and 42 U.S.C. § 1981. This Court has supplemental jurisdiction over Plaintiff's state law claim(s) pursuant to 28 U.S.C. § 1367(a).

4. A copy of the Complaint and Summons in the State Court Action was served upon Defendant on May 27, 2021. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Northern District of Florida, Panama City Division. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 89(c). The Northern

District, Panama City Division is the appropriate venue because Plaintiff alleges that the actions at issue took place in Bay County, Florida.

7. A true and correct copy of all process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of the 14th Judicial Circuit, in and for Bay County, Florida. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

DATED this 25th day of June 2021.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

By: */s/ Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III, Esq.
Florida Bar No.: 0871737
E-mail:  pdeblasio@littler.com
Secondary: btapia@littler.com
Rebecca R. Anguiano, Esq.
Florida Bar No. 99690
E-mail: ranguiano@littler.com
Secondary: grivas@littler.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of June 2021, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III, Esq.

## SERVICE LIST

Marie A. Mattox, Esq.
Florida Bar No.: 116000
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, Florida 32303
Tel: (850) 383-4800
Fax: (850) 383-4801
E-Mail: marie@mattoxlaw.com
E-Mail: michelle2@mattoxlaw.com
E-Mail: marlene@mattoxlaw.com

*Counsel for Plaintiff*
*Served via CM/ECF and E-mail*

4834-3818-6479.2 / 059218-1445